| | |
|---|---|
| BLANK ROME LLP | LAW OFFICES OF MOHAMMAD A. FAKHREDDINE |
| Craig N. Haring (SBN 314100) | Mohammad A. Fakhreddine (SBN 259215) |
| CHaring@BlankRome.com | MFakhreddine@Gmail.Com |
| 2029 Century Park East, Sixth Floor | 1601 Pacific Coast Highway, Suite 290 |
| Los Angeles, CA 90067 | Hern1osa Beach, Ca 90254 |
| Telephone:  424.239.3400 | Telephone: 310.698.0804 |
| Facsimile:  424.239.3434 | |
| Attorneys for Defendant | Attorneys for Plaintiff, |
| PNC BANK, NATIONAL ASSOCIATION | PRISM MFG, INC. |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PRISM MFG, INC., A CALIFORNIA CORPORATION, | Case No. 19-cv-05810-GW-PLA |
| | *Assigned for all purposes to Hon. George H. Wu* |
| Plaintiff, | |
| vs. | **ORDER RE STIPULATED PROTECTIVE ORDER** |
| PNC BANK, N.A., A NATIONAL ASSOCIATION, AND DOES 1 THROUGH 10, INCLUSIVE, | [*Filed concurrently with Exhibit A to Stipulated Protective Order and [Proposed] Stipulated Protective Order*] |
| Defendants. | |
| | Complaint Filed:  March 28, 2019 |
| | Removed:  July 5, 2019 |
| | SAC Filed:  December 1, 2019 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: __February 3__, 2020

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

15
**STIPULATED PROTECTIVE ORDER**